DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHELSEY SWEENEY,**
Appellant,

v.

**MATTHEW C. SMITH,**
Appellee.

No. 4D17-1986

[February 15, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Sherwood Bauer, Jr., Judge; L.T. Case No. 562016DR001950.

Chelsey Sweeney, Orient, Ohio, pro se.

Mathew C. Smith, Vero Beach, pro se.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***